```
               UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11256
    KEVIN ROBERT CLANCY
    PATRICIA A CLANCY                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-2311      SSN XXX-XX-3870
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/23/07 and confirmed on 10/24/07.

2. The case was dismissed after confirmation, 03/07/2008.

3. The Debtor paid a total of $ 2549.03 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED VEHIC | 8710.00 | 65.24 | 1651.30 |
| INTERNAL REVENUE SERVICE | SECURED | 3467.00 | .00 | 737.01 |
| INTERNAL REVENUE SERVICE | UNSECURED | 30579.33 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2725.23 | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 572.98 | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| DEBT RECOVERY SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE | UNSECURED | NOT FILED | .00 | .00 |
| FEMALE HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 176.39 | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 2170.36 | .00 | .00 |
| CENTRAL FINANCIAL CONTRO | UNSECURED | 159.15 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAVALIER TELEPHONE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 754.98 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 1879.27 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 21.00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 758.73 | .00 | .00 |
| HORIZON RECOVERY GROUP | UNSECURED | 7050.81 | .00 | .00 |

Summary of disbursements:

```
                        SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     12177.00          .00     46848.23          .00      59025.23
PRINCIPAL PAID          2388.31          .00          .00          .00       2388.31
INTEREST PAID             65.24          .00          .00          .00         65.24
TOTAL PAID              2453.55          .00          .00          .00       2453.55
```

The Debtor's attorney, JOSEPH P DOYLE                    , was allowed $   3500.00
and was paid $         .00 .

The Trustee received $       95.48 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 06/24/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE